**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000291**
**15-APR-2024**
**08:00 AM**
**Dkt. 99 ODMR**

NO. CAAP-18-0000291


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


THOMAS SCHMIDT, Plaintiff-Appellant,
v.
GARY VICTOR DUBIN; DUBIN LAW OFFICES,
Defendants/Third-Party Plaintiffs/Third-Party Counterclaim
Defendants-Appellees,
and
JOHN AND MARY DOES 1-10, DOE CORPORATIONS,
PARTNERSHIPS OR OTHER ENTITIES 1-10, Defendants,
and
GARY VICTOR DUBIN; DUBIN LAW OFFICES,
Defendants/Third-Party Plaintiffs/Third-Party Counterclaim
Defendants-Appellees,
v.
JOHN S. CARROLL,
Third-Party Defendant/Third-Party Counterclaim
Plaintiff-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0482)


ORDER DENYING MOTION FOR RECONSIDERATION OF
SUMMARY DISPOSITION ORDER [JEFS 87], FILED MARCH 28, 2024

(By: Leonard, Acting Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the "Motion for Reconsideration

of Summary Disposition Order [JEFS 87], Filed March 28, 2024"

(**Motion**) filed herein on April 5, 2024, and the records and files herein, IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawaiʻi, April 15, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge